IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY JOSEPH, and GLENN McMILLAN, individually, and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 14 cv 3866 |
| LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, OLDCASTLE LAWN & GARDEN, INC., a Delaware corporation, HARVEST POWER, INC., a Delaware corporation, and GRO-WELL BRANDS, INC., a Delaware corporation, | ) ) ) ) ) ) ) | Judge Robert W. Gettleman Magistrate Sheila M. Finnegan |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The undersigned parties, by their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A) to the dismissal, without prejudice, of Plaintiff Glenn McMillan, individually, as a party Plaintiff in this action. Furthermore, the parties agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A) that all claims asserted by Plaintiffs in this case against Harvest Power, Inc. and Gro-Well Brands, Inc. are dismissed, without prejudice.

Respectfully submitted,

| Plaintiffs AMY JOSEPH and GLEN McMILLAN, individually, and on behalf of all others similarly situated,<br><br>By: /s/ Thomas A. Zimmerman, Jr.<br>Thomas A. Zimmerman, Jr. (IL #6231944)<br>Adam M. Tamburelli (IL#6292017)<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>(312) 440-0020 telephone | Defendant LOWE'S HOME CENTERS, LLC,<br><br>By: /s/ Phillip J. Eskenazi<br>HUNTON & WILLIAMS LLP<br>Phillip J. Eskenazi (*pro hac vice*)<br>550 S. Hope Street, Suite 2000<br>Los Angeles, California 90071<br><br><br><br>-and- |

| | |
|---|---|
| (312) 440-4180 facsimile<br>www.attorneyzim.com | Neil K. Gilman (*pro hac vice*)<br>2200 Pennsylvania Ave NW<br>Washington DC 20037<br><br>SMITHAMUNDSEN LLC<br>Eric L. Samore, ARDC # 6181345<br>Erin A. Walsh, ARDC # 6291003<br>150 N. Michigan Avenue, Suite 3300<br>Chicago, Illinois 60601 |
| Defendant OLDCASTLE LAWN & GARDEN, INC.,<br><br>By: /s/ Brian H. Eldridge<br>    Steven Alan Hart (*shart@smsm.com*)<br>    Brian H. Eldridge (*beldridge@smsm.com*)<br>    Jill Marie Felkins (*jfelkins@smsm.com*)<br>    John Backes Prior (*jprior@smsm.com*)<br>    SEGAL, MCCAMBRIDGE, SINGER & MAHONEY<br>    233 South Wacker Drive, Suite 5500<br>    Chicago, IL 60606<br>    Tel: (312) 645-7800 | Defendants HARVEST POWER, INC. and GRO-WELL BRANDS, INC.,<br><br>By: /s/ Roger L. Longtin<br>    Roger L. Longtin<br>    (*roger.longtin@dlapiper.com*)<br>    Eric Michael Roberts<br>    (*eric.roberts@dlapiper.com*)<br>    Raj Niranjan Shah<br>    (*raj.shah@dlapiper.com*)<br>    DLA PIPER LLP<br>    203 North LaSalle Street, 20th Floor<br>    Chicago, IL 60601<br>    Tel: (312) 368-4000<br>    Fax: (312) 251-2859 |

## **CERTIFICATE OF SERVICE**

Adam M. Tamburelli, an attorney, hereby certifies that he caused the above and foregoing document to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day May 7, 2015.


/s/ Adam M. Tamburelli