# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **AMY JOSEPH**, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 14 cv 3866 |
| **LOWE'S HOME CENTERS, LLC**, a North Carolina limited liability company, and **OLDCASTLE LAWN & GARDEN, INC.**, a Delaware corporation, ) ) ) ) ) ) | Judge Robert W. Gettleman |
| Defendants. ) | |

## NOTICE OF SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that Plaintiff AMY JOSEPH ("Plaintiff") and Defendants LOWE'S HOME CENTERS, LLC, and OLDCASTLE LAWN & GARDEN, INC. have agreed to the terms of an individual settlement in this matter. Once the terms of that settlement are finalized, Plaintiff anticipates dismissing this action with prejudice. Accordingly, the parties request that the Court strike the status hearing set for July 6, 2017 in this matter.

        Plaintiff AMY JOSEPH, individually, and on behalf of all others similarly situated,

        By: /s/ Matthew C. De Re
        Thomas A. Zimmerman, Jr.
        Matthew C. De Re
        ZIMMERMAN LAW OFFICES, P.C.
        77 West Washington Street, Suite 1220
        Chicago, Illinois 60602
        (312) 440-0020
        www.attorneyzim.com

        Counsel for the Plaintiff and the putative Class

## **CERTIFICATE OF SERVICE**

Matthew C. De Re, an attorney, hereby certifies that he caused the above and foregoing *Notice of Settlement Agreement* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day June 28, 2017.


s/ Matthew C. De Re