Amy Joseph, et al.
                              Plaintiff,

v.                                                      Case No.: 1:14–cv–03866
                                                         Honorable Robert W. Gettleman

Lowe's Home Centers, LLC, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 6, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 7/6/2017. Application to appear pro hac vice [207] is granted. In light of the notice of settlement opf individual claims, motions [174] [190][197] are stricken without prejudice. This cause is dismissed with leave to reinstate on or before 8/31/2017. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.